534 A.2d 759

**CENTRAL MORTGAGE COMPANY, d/b/a Tri–Arc Agency; Joshua Bornstein; John W. Walleigh, Jr., and William C. McLaughlin, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, INSURANCE DEPARTMENT.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1987.

Decided Dec. 4, 1987.

Michael L. Browne, Christopher K. Walters, Philadelphia, Robert B. Hoffman, Harrisburg, Howard B. Nathans, for appellant.

Albert J. Strohecker, Assoc. Chief Counsel Pa. Ins. Dept., William R. Balaban, Andrew S. Gordon, Chief Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., dissents.